[Nos. 20841-5-II; 21113-1-II.   Division Two.   March 27, 1998.]

DON TUCKER, ET AL., *Appellants*, v. KITTITAS COUNTY,
*Respondent*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 93-2-05496-9, Vicki L. Hogan, J., entered June
21 and June 30, 1996. *Affirmed in part* and *remanded* by
unpublished opinion per Seinfeld, J., concurred in by
Bridgewater, A.C.J., and Hunt, J.


[No. 21508-0-II.   Division Two.   March 27, 1998.]

PORT OF OLYMPIA, *Respondent*, v. KARL H. FOLK, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 96-2-00950-1, Wm. Thomas McPhee, J.,
entered December 11, 1996. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Morgan and Arm-
strong, JJ.


[No. 21733-3-II.   Division Two.   March 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PRIEST
STRAND, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 96-1-01721-3, Roger A. Bennett, J., entered
March 12, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Seinfeld and Armstrong, JJ.


[No. 21818-6-II.   Division Two.   March 27, 1998.]

VERNON D. NICKLAUS, ET AL., *Respondents*, v. MELVIN
SEROSKY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-11634-1, Terry Sebring, J., entered Febru-
ary 28, 1997. *Affirmed* by unpublished opinion per Hough-
ton, C.J., concurred in by Bridgewater and Hunt, JJ.